**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Harold T Ocker,<br><br>    Appellant,<br><br>v.<br><br>Elizabeth Ocker,<br><br>    Appellee. | No. CV-25-04259-PHX-KML<br><br>**ORDER** |

  On January 7, 2026, the court issued an order consolidating appellant Harold Ocker's two bankruptcy appeals. (Doc. 9.) That order also explained that Harold had sent multiple documents to the chambers' email address, apparently believing that was how documents should be submitted for filing. The court informed Harold that "the chambers' email address may be used only for the submission of proposed orders" and "[a] party may not send any other type of document or communication to that address." (Doc. 9 at 1-2.) Finally, the January 7 order affirmed January 19, 2026, as the deadline for Harold to file his opening brief. Because that date was a holiday, the brief was due no later than January 20, 2026. No brief was filed.

  Despite being ordered not to do so, Harold continues to send emails containing substantive information regarding his appeal to the chambers' email address. Harold's previous emails have been ignored, and future emails will also be ignored. The only way for Harold to communicate with the court is through filing documents on the public docket by submitting them to the Clerk's Office through proper channels. The Clerk's Office must

receive documents for filing on or before the due date. Sending documents via email is not a permissible way for Harold to file documents and continued emails may result in the imposition of sanctions.

This appeal cannot progress without an opening brief. Therefore, the court sets a new deadline for Harold's opening brief but no additional warnings will be given. If no opening brief is filed by the deadline, this appeal will be dismissed for failure to prosecute.

**IT IS ORDERED** no later than **January 30, 2026**, appellant Harold Ocker shall file an opening brief.

**IT IS FURTHER ORDERED** appellant shall not send emails other than those containing proposed orders to the chambers' email address.

Dated this 22nd day of January, 2026.

_____
Honorable Krissa M. Lanham
United States District Judge